**Mrs. Charlotte WILSON, Plaintiff,**

v.

**The ATWOOD GROUP and Occidental Petroleum Corporation, Defendants-Appellees Cross-Appellants,**

v.

**Kirby L. STARK, Worldwide Drilling Consultants, Inc. and Hartford Accident and Indemnity Company, Third Party Defendants-Appellants Cross-Appellees.**

No. 82–3688.

United States Court of Appeals, Fifth Circuit.

June 13, 1983.

Hebert & Abbott, Lawrence E. Abbott, New Orleans, La., for Stark, et al.

Camp, Carmouche, Palmer, Barsh & Hunter, Donald B. Ensenat, New Orleans, La., for Atwood.

Hailey, McNamara, McNamara & Hall, Antonio E. Papale, Jr., Metairie, La., for Occidental Petroleum.

## ON SUGGESTION FOR REHEARING EN BANC

Before CLARK, Chief Judge, BROWN, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.